## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

KARLA WESSELS,

    Plaintiff,

vs.

MICHAEL CHAPMAN, M.D., and
MERCY MEDICAL CENTER,

    Defendants.

14-CV-1016-LRR

**ORDER**

_____

   The matter before the court is Plaintiff Karla Wessels's Notice of Dismissal (docket no. 9), which Wessels filed on August 28, 2014. In the Notice of Dismissal, Wessels dismisses her claim against Defendant Mercy Medical Center with prejudice. The Notice of Dismissal is **GRANTED**. The Clerk of Court is **DIRECTED** to **DISMISS WITH PREJUDICE** Wessels's claim against Defendant Mercy Medical Center and **TERMINATE** Mercy Medical Center as a party in this action.

   **IT IS SO ORDERED.**

   **DATED** this 28th day of August, 2014.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA