# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### DUBUQUE DIVISION

KARLA WESSELS,

      Plaintiff,

vs.

MICHAEL CHAPMAN, M.D.,

      Defendant.

No. 2:14-cv-1016-JSS

**JUDGMENT**

---

This action was tried by a jury with Chief Magistrate Judge Jon S. Scoles presiding, and the jury has rendered a verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the verdict reached by the jury on May 12, 2016:

Judgment is entered in favor of Defendant Michael Chapman, M.D. and against Plaintiff Karla Wessels.

**DATED** this _12th_ day of May, 2016.

Approved as to form by

_____
Jon S. Scoles, Chief Magistrate Judge
United States District Court
Northern District of Iowa

Robert L. Phelps, Clerk of Court
United States District Court
Northern District of Iowa

_____
By: Paul A. Coberly, Deputy Clerk